**DOWNUNDER WIRELESS, LLC, Plaintiff–Appellant,**

v.

**SAMSUNG ELECTRONICS CO., LTD. and Samsung Telecommunications America, LLC, Defendants–Appellees.**

No. 2012–1222.

United States Court of Appeals,
Federal Circuit.

March 26, 2012.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).